

COURT OF APPEALS
EIGHTH DISTRICT OF TEXAS
EL PASO, TEXAS

| | | |
|---|---|---|
| ROY G. CLARKE, | § | No. 08-23-00310-CV |
| Appellant, | | |
| | § | Appeal from the |
| v. | | |
| | § | County Court at Law No. 3 |
| THE FROST NATIONAL BANK, | | |
| | § | of Bexar County, Texas |
| Appellee. | | |
| | § | (TC# 318797) |

## CORRECTED JUDGMENT

This Court previously considered this cause on the record and concluded there was error in the judgment. We therefore reversed the trial court's Order Granting Motion to Revive Dormant Judgment and Ordered that it be denied without prejudice. In the original judgment, this Court made a clerical error, transposing Appellant's and Appellee's positions for the purpose of assessing costs. This Corrected Judgment is being issued today to correct the error and ensure the judgment comports with this Court's opinion. Accordingly, we order that Appellant recover from Appellee all costs of appeal, for which let execution issue. This decision shall be certified below for observance.

IT IS SO ORDERED THIS 29TH DAY OF JULY 2024.

LISA J. SOTO, Justice

Before Alley, C.J., Palafox and Soto, JJ.